# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ALBERT HOLGUIN,

        Plaintiff,

v.                                      No. 2:19-cv-00205-CG-KRS

BREANNA SHERROW,

        Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on April 29, 2019 the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan (Doc. 7), and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE